## IN THE UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| **Angela Parker,** | ) |
| **Plaintiff,** | ) ) ) |
| v. | ) No.  17 C 8550 ) |
| **Zoll Services LLC, et al,** | ) Judge Rebecca R. Pallmeyer ) |
| **Defendants.** | ) ) ) |

### ORDER

    Motion hearing held on 5/16/2018.  Plaintiff's motion to approve partial settlement of wrongful death cause of action; approve distribution of funds; and dismiss Renaissance at Midway, Inc. [63] is granted.  Defendant Renaissance At Midway, Inc. is dismissed with prejudice.  Case remains pending against all remaining Defendants.  Defendants Zoll Life Vest Holdings, LLC, Zoll Medical Corporation, and Zoll Data Systems LLC.'s date for response to complaint extended to 7/6/2018.  Date for reinstatement extended to 7/102018.

ENTER:

Dated: May 16, 2018

REBECCA R. PALLMEYER
United States District Judge

(T:00:10)